**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN NESVIK, et al.,<br><br>Defendants,<br><br>and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>Defendant-Intervenor. | Civil Action No. 1:26-cv-0831<br>(Transferred from D.D.C. No. 1:26-cv-02053-JDB) |

**DECLARATION OF JUSTIN STYER IN SUPPORT OF SPACE EXPLORATION TECHNOLOGIES CORP.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Justin Styer, declare as follows:

1. I am over the age of 18, of sound mind, and if called upon, could testify under oath as to the following.

2. I have worked at Space Exploration Technologies Corp. (SpaceX) for nine years. I am currently the Senior Director for Starship Launch at SpaceX and have held that position for nearly four years. My responsibilities include developing the Starship launch system at Starbase, and I am involved in or aware of every major aspect of Starship launch infrastructure and operations.

3. In my capacity as Senior Director, I am familiar with the environmental, economic, and community effects that SpaceX's operations have on the greater Brownsville and Cameron

County communities. I am also familiar with the substantial work completed by SpaceX and others in connection with the proposed land exchange between SpaceX and the U.S. Fish and Wildlife Service (Service).

4. I understand that Plaintiffs have filed a lawsuit challenging the land exchange. I make this Declaration in support of SpaceX's Opposition to Plaintiffs' Motion for Preliminary Injunction. Except to the extent specifically noted, the facts stated herein are based on my personal knowledge or upon information collected at my direction from SpaceX personnel operating under my supervision, at my direction, and within the scope of their respective duties.

5. SpaceX expects that it will develop the exchanged land over the coming years for a mix of residential, industrial, and infrastructure purposes. But, as detailed below, SpaceX's only current plan to develop land that it would receive from the Service is limited to the area near SpaceX's existing Starship testing facility, called Massey's. SpaceX plans to expand the facility onto immediately adjoining land to the east and construct a service road connecting the expanded facility to State Highway 4 (SH 4), as shown in **Exhibit A**.

6. A preliminary injunction would delay this urgently needed work, causing substantial harm to SpaceX, the United States Government, and the public. Without this additional testing capacity and access, SpaceX will continue to face a testing bottleneck and logistical constraints that will delay its planned pace of Starship launches. That delay would impair SpaceX's ability to meet contract milestones and customer needs that depend on an increased launch cadence, thus jeopardizing or delaying SpaceX's receipt of billions of dollars in revenue tied to Starship launches. For example, a preliminary injunction would delay federal space programs that Starship is contracted to serve, including the Artemis program's planned crewed Earth-orbit demonstration mission in 2027 and planned return of astronauts to the Moon's surface in 2028, as

well as the delivery of internet access to unserved and underserved people in the United States and around the world.

7. In anticipation of the land exchange at issue, SpaceX has refrained from developing the land it intends to provide to the Service, which the Service has identified as having higher wildlife habitat value than the land SpaceX will receive. If the land exchange does not move forward, SpaceX will need to redirect efforts to instead develop that same SpaceX-owned land with greater habitat value, including likely by building a new testing facility in one of its current inholdings. Developing this land would require additional design, engineering, permitting, and construction, which would delay SpaceX from increasing testing capacity and launch cadence for approximately two years or more. Developing this land would also increase fragmentation and overall effects on the Refuge by requiring a new testing facility to be built at a new location adjoining the Refuge rather than next to the existing Massey's infrastructure.

8. In sum, if the Court were to grant Plaintiffs' requested relief, each day the land exchange is delayed will prevent SpaceX from advancing infrastructure work needed to address a testing bottleneck and support increased launch cadence. That delay will jeopardize national interests, cause SpaceX economic losses of millions of dollars a week, and, if the exchange does not proceed, force SpaceX to spend additional time and money to develop less suitable land that the Service has identified as having higher wildlife habitat value.

**I. SpaceX**

9. SpaceX was founded in 2002 with the ultimate goal of making life multi-planetary.

10. Since its founding, SpaceX has substantially reduced the cost of access to space by developing innovative, reliable, and reusable launch vehicles, making SpaceX the world's leading commercial space transportation company and an essential part of the United States space

program.

11. SpaceX now handles the majority of NASA's launches. SpaceX remains the only American entity certified by NASA to transport astronauts to the International Space Station. Since 2023, SpaceX has also launched for NASA the space weather TRACERS mission, the IMAP heliosphere mission, the Europa Clipper to study Jupiter's moon Europa, the GOES-U NOAA/NASA weather satellite, the Psyche mission to study a distant asteroid, the PACE Earth-observing environmental satellite, and the Euclid Space Telescope.

12. SpaceX is one of a small group of providers certified to perform launches for the national security and intelligence communities under the National Security Space Launch (NSSL) program. In 2020, the U.S. Space Force selected SpaceX to launch not less than 40% of all NSSL payloads for the U.S. Government through at least 2027—including 7 of the 8 NSSL missions in 2025. The Space Force recently selected SpaceX to launch 28 of its high-priority payloads through its NSSL Phase 3 Lane 2 award. The defense and intelligence communities have entrusted SpaceX to launch critical and sensitive national security assets to space, including position, navigation, and timing satellites; intelligence, reconnaissance, and surveillance spacecraft; missile warning satellites; space surveillance capability; classified assets; and other national security payloads.

## II. Starbase

13. Over 12 years ago, SpaceX began searching for a location to construct and operate a private launch site that could provide needed launch capacity, trajectories, latitude, and geographic diversity; accommodate tight launch windows; and meet the FAA's public safety requirements. On July 9, 2014, after a comprehensive evaluation of environmental impacts documented by the FAA and other agencies in a detailed Environmental Impact Statement and Record of Decision, the FAA approved SpaceX's construction and operation of Starbase, a launch

site on private land in southern Texas near Boca Chica.[1] This is where SpaceX develops Starship.

14. SpaceX has invested more than $15 billion in developing its Starbase facilities and Starship launch system. The launch facility already has significant infrastructure installations, including a vertical launch area (VLA), a launch and landing control center, and other supporting infrastructure that has been in use for years. The VLA includes two orbital launch and landing pads, a test pad, an orbital berm, a tank farm and support equipment, orbital bunkers, access roads, and other infrastructure.

15. Additionally, SpaceX has built a Starship manufacturing facility and offices at Starbase, a testing facility located about 3 miles west at a site called Massey's, and housing, schools, and other community amenities at Starbase and in the broader area.

16. Massey's was previously the location of Massey's Gun Shop and Range, a shooting range. SpaceX acquired Massey's in 2021, quickly began building infrastructure there, and performed the very first tests that same year. By moving testing operations to Massey's, away from Boca Chica beach, SpaceX has been able to reduce the frequency of access restrictions to the beach and other publicly accessible land required to ensure public safety. The area of the Lower Rio Grande Valley National Wildlife Refuge near Massey's is not open to the public.

17. Massey's is now a fully equipped test site. Its infrastructure includes six test pads including two integrated vehicle structural test stands, two development structural test stands, a component level test stand, and a fully integrated Starship Static Fire test stand. In addition to the test article locations, there is approximately $440 million in ground support infrastructure of process control equipment, storage tanks, civil development, communications equipment, power

---

[1] The Environmental Impact Statement is available at https://www.faa.gov/space/environmental/nepa_docs/spacex_texas_eis/. The July 2014 Record of Decision is available at https://www.faa.gov/space/environmental/nepa_docs/spacex_texas_eis/media/SpaceX_EIS_ROD.pdf.

gear, offices, and inventory space. A photo of Massey's taken by drone on June 11, 2026 is attached as **Exhibit B**.

18. Between 60 and 200 people work at Massey's each day, with more personnel present when Starship test operations are underway. SpaceX performs a variety of vehicle testing at Massey's including structural, integrated vehicle, and component level testing; averaging more than 400 tests per year.

19. Massey's is accessed via Massey Way from SH 4. Massey Way is a Service-owned road that SpaceX maintains and uses consistent with a right-of-way permit. Massey Way and the portions of the LRGV Refuge that border the road and facilities are not open to the public, as signs that have been in place for many years announce. Posted at the corner of Massey Way and along it are signs stating "UNAUTHORIZED ENTRY PROHIBITED," as shown by this photo that was taken at the intersection of Massey Way with SH 4:



20. Quicksilver Avenue was a public road at one time, but its residents have voted to turn their community into a gated one. A gate has been installed on Quicksilver Avenue to prevent access for anyone other than residents and their guests.

21. Richardson Avenue is also a public road, but it does not provide public access to the Rio Grande River. All land between Richardson Avenue and the river is either privately owned or is part of the LRGV Refuge, which is not open to the public.

22. In 2025, local voters approved the incorporation of Starbase as a city in Cameron County, Texas.

## III. Starship

### A. The Starship launch vehicle

23. After the FAA approved the Starbase launch site, SpaceX began developing a new, fully reusable, super heavy-lift launch system consisting of the Super Heavy first—or booster—stage and the Starship second stage.

24. The combined launch vehicle (Starship) is stacked and integrated for launch and then separates after launch, with Super Heavy designed to land separately from Starship.

25. Starship represents a significant advancement in space technology. It is designed to be the world's first fully and rapidly reusable launch system, which is intended to reduce the cost to reach orbit by 99% or more relative to the historical average launch cost, establishing the most affordable and scalable path to creating new opportunities in space, such as orbital AI computing and Mars exploration. SpaceX's most recent iteration of Starship, Starship V3, will carry approximately 100 metric tons to low-Earth orbit (LEO), with future generations doubling this payload capacity.

26. Starship is powered by Raptor, the most advanced rocket engine ever built. It uses liquid methane and liquid oxygen as propellants. Liquid methane burns extremely cleanly,

reducing environmental impacts and improving engine reusability compared to more common rocket fuels such as kerosene. Liquid methane can also be stored in depots in space for months, enabling on-orbit refueling and significantly enhancing vehicle performance in space. And methane can be manufactured on the Moon and Mars, supporting deep space exploration—a primary NASA objective and a necessity for ensuring the United States maintains its lead in space technology amid accelerated efforts in this arena from geopolitical rivals such as China.

27. The unprecedented size and lift capabilities of Starship will enable unprecedented achievements. For instance, Starship will enable scientists to focus on previously impossible science and to pursue the fastest, easiest path from concept to execution by eliminating the need to miniaturize, reduce mass, and create complex deployment systems to fit in smaller launch vehicles. Starship will also be able to serve as a human habitat on the Moon and Mars. As NASA Administrator Jared Isaacman explained, "When Starship comes online, its capabilities will be game-changing, not least of which will be ensuring we never give up the Moon again!"[2] Similarly, a white paper prepared by a team of experts from NASA, the space industry, and academia explains, "[g]iven the Starship's anticipated low cost, high payload capacity, and potential for high flight cadence, the opportunities presented for planetary science missions have the potential to dramatically increase our progress towards NASA Planetary Science & Astrobiology goals and objectives."[3]

---

[2] Jared Isaacman (@NASAAdmin), X (Jul. 24, 2026, at 04:19 PM), *available at* https://x.com/NASAAdmin/status/2080794963596726670.

[3] *See* Jennifer L. Heldmann, *et al.*, *Accelerating Martian and Lunar Science through SpaceX Starship Missions*, Planetary Science and Astrobiology Decadal Survey 2023-2032 white paper e-id. 518 (May 2021), *available at* https://surveygizmoresponseuploads.s3.amazonaws.com/fileuploads/623127/5489366/111-381503be1c5764e533d2e1e923e21477_HeldmannJenniferL.pdf.

28. Starship is a key element of NASA's Artemis and Moon-to-Mars plans.[4] NASA awarded SpaceX a contract for Starship HLS and is working with SpaceX to develop a lunar lander capable of carrying astronauts from lunar orbit to the Moon's surface and back for Artemis missions.[5] NASA has also explained that required HLS capabilities include acting as a surface crew habitat for early expeditions, and NASA's procurement materials state that SpaceX's Starship HLS will serve as the crew habitat during an Artemis lunar-surface stay.[6] In addition, NASA has contracted with SpaceX to develop a cargo version of Starship HLS capable of delivering large payloads, including pressurized rovers, to the lunar surface, and NASA intends for SpaceX's Starship cargo lander to deliver the Japan Aerospace Exploration Agency's pressurized rover to

---

[4] *See* NASA, Human Landing Systems, https://www.nasa.gov/reference/human-landing-systems/ (last visited Aug. 11, 2026) (explaining that HLS is the mode of transportation that takes astronauts to the lunar surface as part of Artemis and that Artemis missions focus on establishing a long-term human presence on and around the Moon); NASA Office of Procurement, Human Landing System Vignette 1, https://www.nasa.gov/wp-content/uploads/2025/06/humanlandingsystem-vignette-op.pdf (last visited August 12, 2026) (explaining that Artemis uses the Moon to learn how to live and work on another world in preparation for human missions to Mars and that private-sector partnerships advance deep-space human spaceflight capabilities).

[5] *See* NASA, Human Landing Systems, https://www.nasa.gov/reference/human-landing-systems/ (last visited August 12, 2026) (stating that NASA is working with SpaceX to develop Starship HLS to carry astronauts from lunar orbit to the Moon's surface and back as part of Artemis, and that NASA awarded SpaceX a Starship HLS contract); NASA, Artemis III, https://www.nasa.gov/mission/artemis-iii/ (last visited Aug. 11, 2026) (stating that NASA's HLS Program is working with two U.S. companies to develop landers).

[6] *See* NASA, Human Landing Systems, https://www.nasa.gov/reference/human-landing-systems/ (last visited August 12, 2026) (stating that required HLS capabilities include acting as a crew habitat on the surface for early expeditions); NASA Office of Procurement, Human Landing System Vignette 1-2, https://www.nasa.gov/wp-content/uploads/2025/06/humanlandingsystem-vignette-op.pdf (last visited August 12, 2026) (stating that Starship HLS will serve as the crew habitat during the surface stay and carry the crew back to lunar orbit); NASA, Launch Services Program, https://www.nasa.gov/kennedy/launch-services-program/ (last visited Aug. 11, 2026) (describing Starship as a fully reusable transportation system designed to carry crew and cargo to Earth orbit, the Moon, Mars, and beyond, and noting that Starship is on NASA's Launch Services II contract).

the lunar surface in support of Artemis VII and later missions.[7]

**B. The Starship launch program to date**

29. SpaceX has used a development approach for Starship that emphasizes physical testing and real-world data. To date, SpaceX has conducted numerous suborbital launches and landings of Starship/Super Heavy prototypes at the Starbase launch site, as well as numerous static fire engine tests, tank tests, and other hardware and operational testing.

30. SpaceX first launched the combined Starship-Super Heavy launch vehicle on April 20, 2023, following years of suborbital test flights of just the Starship upper stage, and since then has conducted a series of thirteen test flights of the integrated vehicle from Starbase.

31. Environmental review of the Starship launch program began in early 2021. SpaceX proposed up to 5 integrated Starship launches per year and 5 suborbital Starship launches per year from Starbase, including up to 10 landings of Starship and 5 landings of Super Heavy booster per year, as well as static fire and other testing. As part of the orbital Starship program, SpaceX also proposed building additional launch-related infrastructure. The FAA, in coordination with several other federal agencies—including NASA, the National Park Service, U.S. Coast Guard, U.S. Army Corps of Engineers, and U.S. Fish and Wildlife Service—conducted a detailed environmental review of the launch program. The FAA issued a final Programmatic Environmental Assessment and Mitigated Finding of No Significant Impact / Record of Decision for the launch program in

---

[7] *See* NASA, Work Underway on Large Cargo Landers for NASA's Artemis Moon Missions (Apr. 19, 2024), https://www.nasa.gov/directorates/esdmd/artemis-campaign-development-division/human-landing-system-program/work-underway-on-large-cargo-landers-for-nasas-artemis-moon-missions/ (stating that NASA exercised options for SpaceX and Blue Origin to begin work on large cargo landers and that cargo variants are expected to land approximately 12 to 15 metric tons on the lunar surface); NASA, NASA Plans to Assign Missions for Two Future Artemis Cargo Landers (Nov. 19, 2024), https://www.nasa.gov/news-release/nasa-plans-to-assign-missions-for-two-future-artemis-cargo-landers/ (last visited Aug. 11, 2026) (stating that NASA intends for SpaceX's Starship cargo lander to deliver JAXA's pressurized rover to the lunar surface no earlier than fiscal year 2032 in support of Artemis VII and later missions).

2022.[8] That approval and environmental review were challenged by the plaintiffs in this case but were upheld in *Center for Biological Diversity v. FAA*, 804 F. Supp. 3d 86 (D.D.C. 2025).

32. In 2025, SpaceX proposed an increased launch cadence of 25 integrated Starship launches per year and 50 landings per year (25 Starship and 25 Super Heavy). On April 24, 2025, the FAA issued a Final Tiered Environmental Assessment and Mitigated Finding of No Significant Impact / Record of Decision approving the increased launch and landing cadence for the Starship launch program.[9]

33. In 2026, SpaceX proposed additional launch and return-to-launch-site mission profile trajectories for Starship that would provide greater mission capability to NASA and the Department of War, and associated temporary airspace closures. On February 12, 2026, the FAA issued a Final Tiered Environmental Assessment and Mitigated Finding of No Significant Impact / Record of Decision approving the additional mission profiles for the Starship launch program.[10]

34. As SpaceX has increased production of Starship launch vehicles and launch cadence, it has moved most vehicle-testing operations to Massey's. Doing so has enabled SpaceX to reduce the necessity of safety closures during testing operations at the launch site near Boca

---

[8] The Programmatic Environmental Assessment is available at https://www.faa.gov/sites/faa.gov/files/2022-06/PEA_for_SpaceX_Starship_Super_Heavy_at_Boca_Chica_FINAL.pdf. The Mitigated Finding of No Significant Impact / Record of Decision is available at https://www.faa.gov/sites/faa.gov/files/2022-06/20220613%20SpaceX%20Starship%20Super%20Heavy%20at%20Boca%20Chica_FONSI_ROD%20Final.pdf.

[9] The Final Tiered Environmental Assessment for SpaceX Starship/Super Heavy Vehicle Increased Cadence at the SpaceX Boca Chica Launch Site in Cameron County, Texas and Mitigated Finding of No Significant Impact / Record of Decision is available at https://www.faa.gov/media/94336.

[10] The Final Tiered Environmental Assessment for Updates to Airspace Closures for Additional Launch Trajectories and Starship Boca Chica Landings of the SpaceX Starship-Super Heavy Vehicle at the SpaceX Boca Chica Launch Site in Cameron County, Texas and Mitigated Finding of No Significant Impact is available at: https://www.faa.gov/space/stakeholder_engagement/spacex_starship/Final_Tiered_EA_Additional_Launch_Trajectories_Starship_RTLS_mission_profiles_SpaceX_Starship-Super_Heavy_Boca_Chica.pdf.

Chica beach that prevent the public from accessing the beach. However, existing test capacity at Massey's has become constrained, resulting in a testing bottleneck that will prevent SpaceX from meeting the launch cadence necessary to support both its own and NASA mission timelines. Additionally, testing at Massey's requires SpaceX to transport Starship from the Starbase manufacturing area to Massey's along SH 4, which can cause severe traffic delays. Expanding Massey's and improving access to the site from Starbase are therefore important to increasing launch cadence while minimizing disruption on SH 4. This infrastructure will provide additional testing capacity, operational flexibility, and logistics needed to support SpaceX's Starship development and launch schedule.

## IV. The Boca Chica Land Exchange

35. To support its Texas-based operations, SpaceX has been acquiring land in Cameron County since about 2014.

36. Beginning in 2023, under the Biden Administration, the Service approached SpaceX to discuss a land exchange so that the Service could consolidate the lands under its management in Cameron County and reduce the extent to which federally owned land was interspersed with private land owned by SpaceX. Under the exchange, SpaceX would obtain land adjoining its Starbase facilities and Massey's, and the Service would obtain land adjoining the Lower Rio Grande Valley National Wildlife Refuge (LRGV Refuge) and the Laguna Atascosa National Wildlife Refuge (Laguna Atascosa Refuge) that SpaceX otherwise would develop.

37. Specifically, the Service would convey approximately 727 acres of federal land to SpaceX, most of which is located between SH 4 and the Rio Grande and interspersed with SpaceX-owned parcels, including Massey's and nearby lands that SpaceX has already been developing. In exchange, SpaceX would convey approximately 683 acres to the Service, including parcels near

Las Palomas and the Bahia Grande/Laguna Heights area that the Service has identified as high-value habitat for refuge conservation. While SpaceX would convey slightly fewer acres than it receives, the land SpaceX would convey has a substantially higher appraised value than the land it will acquire from the Service. SpaceX has agreed to donate the difference in value—$824,750—to the Service even though the applicable exchange authority provides for the Service to equalize the exchange by paying the difference in value.

## V. Harms to SpaceX and the Public if the Boca Chica Land Exchange Were Delayed

### A. Harms to SpaceX's Planned Infrastructure and Operations and to the LRGV Refuge

38. In reliance on this exchange, SpaceX has refrained from developing the land it intends to provide to the Service. As noted, SpaceX's only current, concrete plan for the land it would receive is to develop land near Massey's to expand SpaceX's existing testing facility and to construct a service road connecting the expanded facility to SH 4 at a point closer to Starbase.

39. The planned Massey's expansion will include additional testing infrastructure located immediately to the east of the existing site, on land that would not border the LRGV Refuge. The new testing infrastructure will be immediately adjacent to the existing test stand. To the extent this new infrastructure will be visible from SH 4, it would be within the same general visual context as the existing Massey's site. *See* **Exhibit A**.

40. The planned service road would be located partly on land SpaceX would receive from the Service and partly on land SpaceX already owns. The service road would allow SpaceX to move personnel, vehicles, and equipment between Massey's and Starbase SH 4 more directly and with less interference with through traffic on SH 4. That access improvement would reduce the need to stall or otherwise interfere with traffic on SH 4 during transportation of Starship hardware, thereby reducing operational conflicts and improving access along SH 4 to Boca Chica

Beach and surrounding areas.

41. After SpaceX receives title to the land, SpaceX expects to begin construction-related work on the expanded test site and road after obtaining local approvals. SpaceX expects to obtain the authorizations required to begin site development promptly. Additional approvals may also be required before testing operations begin at the expanded facility, and SpaceX will obtain any such approvals before commencing those operations. SpaceX will comply with applicable mitigation measures and use restrictions required by the land exchange documents, the Service's Finding of No Significant Impact, the Programmatic Agreement, and any applicable federal, state, or local permits and approvals.

42. Expanding Starship's testing facilities at Massey's is critical to SpaceX because existing capacity at Massey's is now insufficient to support the testing cadence required for SpaceX's planned Starship launch program, which is designed to meet the needs of federal space priorities and SpaceX's government and commercial customer commitments. The planned expansion will help address this testing bottleneck by allowing SpaceX to conduct additional vehicle and component testing at a site already used for that purpose. The service road will also provide more direct access between Massey's and Starbase, reducing operational conflicts with traffic on SH 4 and improving the movement of personnel, vehicles, and equipment needed for testing operations. Without the additional land adjoining Massey's, SpaceX cannot construct the requisite testing and access infrastructure on the schedule SpaceX believes is required to fully support its Starship program, and would face unnecessary hurdles to achieving the milestones for the U.S. Government's Artemis mission and Human Landing System program, as further explained below.

43. If the land exchange does not proceed promptly, SpaceX will likely need to redirect

its efforts to developing another site in the area to expand test capacity. SpaceX would be forced to spend resources redirecting engineering, permitting, and construction planning toward development of other land SpaceX already owns, including parcels that SpaceX intends to transfer to the Service. Those parcels are less suitable for testing than the planned Massey's expansion because they are not adjacent to, and cannot be integrated as efficiently with, SpaceX's existing test infrastructure. Developing a separate test site on SpaceX's existing land adjoining other parts of the LRGV Refuge would also introduce noise and other potential effects near a different part of the Refuge, increasing overall effects rather than confining them next to the existing Massey's facility, at a location that would not adjoin the Refuge. This abrupt change would delay SpaceX's test-capacity expansion by at least two years and thereby delay SpaceX's ability to increase launch cadence. The change would also complicate movement of Starship hardware, likely increasing interference with traffic flow on SH 4 and requiring SpaceX to build or expand other access roads to the new test site.

44. All of this work on land SpaceX otherwise intends to convey to the Service for Refuge purposes would increase the overall footprint and fragmentation effects of SpaceX development on private land near (or in) the Refuge, rather than confining the expansion of testing capacity to the land adjoining the existing Massey's testing location.

45. In short, an injunction would harm SpaceX, its customers, the Refuge, and the public. A preliminary injunction would delay SpaceX's ability to expand Massey's, build a direct service road to SH 4, address the existing testing bottleneck, reduce interference with SH 4 traffic, and increase launch cadence. A permanent injunction would also force SpaceX onto a slower, more costly, and more environmentally disruptive alternative development path. Based on SpaceX's current development schedule, that would delay Starship development by approximately

two years. The delay in increased testing capacity will delay SpaceX from increasing Starship's launch cadence as planned and needed to serve the government and commercial programs that depend on Starship.

**B. Harms to SpaceX and the public due to reduced cadence**

46. SpaceX has invested billions in developing its Starbase facility and Starship launch system, in addition to billions more invested to develop Starlink. SpaceX has also refrained from developing the land the Service would acquire in the exchange.

47. SpaceX expects to generate a return on these substantial investments through various revenue streams, including Starship-related government and commercial contracts, the sale of Starlink internet services, and the deployment of data centers into space. Indeed, SpaceX has already entered into billions of dollars' worth of contracts that depend on Starship. Enjoining the land exchange and thus delaying the development of testing capacity needed to increase launch cadence will irreparably harm SpaceX and the critical national interests that Starship will serve, as further explained below.

**i. NASA's Artemis Program and Human Landing System Program**

48. Starship remains a critical element of Artemis. For example, in April 2021, NASA selected SpaceX's Starship HLS to provide a crewed lunar landing demonstration under the Artemis Program. Having been selected to perform this mission, SpaceX is responsible for developing and demonstrating Starship HLS capabilities needed to carry astronauts to the lunar surface.

49. If the Starship launch program's testing capabilities are significantly more limited than planned due to the Court granting Plaintiffs' requested relief, it will delay—day-for-day or more—Starship testing and launches. This will create entirely unnecessary risk to SpaceX's ability to perform its obligations under the HLS contract and support this national priority.

50. Before landing Americans on the Moon, the HLS contract obligates Starship to perform several complex tasks demonstrating its safety and reliability for human spaceflight, deep space navigation, and landing on the Moon. To meet these objectives on schedule, SpaceX and NASA have crafted a robust development, test, and operational campaign that requires rapid flight testing by SpaceX. Fundamental to this campaign is a progression of Starship launches that began with the first test flight of the integrated vehicle in April 2023 and must continue at increasing cadence to support NASA's current public schedule. The next few critical milestones are a joint orbital docking test with NASA as part of the Artemis III mission in 2027 and a crewed lunar return as part of Artemis IV in 2028. This campaign includes a series of successful launches, an on-orbit propellant refilling test (consisting of two orbital Starship launches, with one Starship refilling the other with propellant while they are in orbit), an on-orbit docking test, and a successful uncrewed landing of Starship on the lunar surface—all before the crewed landing mission scheduled for 2028. Each lunar mission will require tens of Starship launches for refueling operations. These requirements and this schedule make increased launch cadence—and the ground-testing necessary to support that cadence—critical to SpaceX's ability to meet HLS milestones. Put simply, to meet HLS requirements, which will require in-orbit refueling and tens of launches per lunar mission, SpaceX must increase its launch cadence for Starship, which requires the increased testing capacity that the expanded Massey's site will provide.

51. The initial HLS contract has a value of $2.9 billion. To receive milestone payments, SpaceX must execute the testing, development, and launch campaign outlined above, providing insight and presenting evidence to NASA upon completion of each step. Specifically, achieving the following milestones will result in about $1 billion in payments: the first successful integrated launch, propellant transfer demonstration flights, long-duration orbital flight of Starship, uncrewed

lunar landing, and the crewed lunar landing itself.

52. In March 2026, NASA announced Artemis III, an additional accelerated Artemis mission for 2027 that includes a crewed docking to Starship and is intended to be a demonstration of major systems of the integrated Artemis architecture. Delays to Starship development and test would delay this important and immediate Artemis mission, as well as the subsequent development and flight missions.

53. Because NASA's program relies on SpaceX to perform an essential element of the Artemis mission, any delay to the Starship program could harm the U.S. space program and specifically NASA's objective to return astronauts to the Moon's surface on the current public Artemis schedule and in advance of geopolitical rivals. The time-sensitive nature of that objective is illustrated by NASA's current public schedule for a 2027 crewed Earth-orbit demonstration and a 2028 crewed lunar landing. Delay will also harm SpaceX by postponing its receipt of billions of dollars in revenue.

**ii. National Security Launch Services**

54. In 2022, the Air Force Research Laboratory awarded SpaceX a $102 million contract to investigate point-to-point transportation services using Starship under its Rocket Cargo Vanguard program. In partnership with U.S. Transportation Command, Space Systems Command, and other Department of War stakeholders, the Vanguard program explores the ability to use rockets to transport large quantities of Department of War cargo anywhere on the planet within tactical timelines, providing the U.S. military with superior advantages on the battlefield. Performance milestones under this contract are tied to Starship development and flight tests. An injunction delaying SpaceX from increasing the pace of Starship testing and launches will delay the development of critical logistics capabilities for the Department of War and SpaceX's receipt of contract revenue.

55. SpaceX also plans to use Starship to deliver national security payloads to orbit. For SpaceX to qualify for NSSL contract opportunities, it must demonstrate that the Starship launch system satisfies NSSL flight criteria, including that it has a suitable flight heritage. SpaceX's ability to win NSSL mission contracts with Starship therefore depends on the ability to establish Starship's maturity and reliability through repeated successful launches. A delay in expanding Starship testing capacity would delay SpaceX's ability to increase Starship's launch cadence and offer its unprecedented capabilities to the Nation's defense and intelligence communities.

**iii. Starlink/Starshield**

56. Starlink is SpaceX's global satellite-based internet service. As of July 2026, SpaceX has over 10,000 active Starlink satellites in orbit and is providing services in over 170 markets to more than 10 million customers. SpaceX has connected people living in even the most remote, hard-to-reach areas with high-quality broadband. SpaceX uses a dedicated satellite-to-mobile constellation to offer connectivity services, supplementing terrestrial networks and substantially reducing mobile "dead zones" across approximately 30 countries.

57. Starlink, however, is facing intense competition in the broadband internet services market generally, and specifically from entities—including those with national backing—racing to deliver connectivity using LEO satellite constellations. To compete, SpaceX has developed a new model of Starlink satellites (V3) capable of delivering significantly improved internet capabilities with over ten times the capacity of the current version of Starlink satellites (V2mini).

58. But V3 satellites can be launched only on Starship, which has a much larger payload volume than SpaceX's other rockets and can deliver significantly more mass to orbit. SpaceX's ability to launch Starship—and thus to place V3 Starlink satellites into orbit—is essential to Starlink's ability to compete in a global market and ensure that anyone can access high-speed broadband no matter where they are.

59. Delaying SpaceX's ability to launch V3 Starlink satellites will concretely harm SpaceX's ability to serve more customers. High demand for Starlink services in the United States already threatens to outstrip capacity, and delaying SpaceX's ability to launch V3 satellites will impair Starlink's ability to serve millions of prospective customers. Continuing to launch V2mini Starlink satellites alone will not meet demand.

60. SpaceX has harnessed Starlink's ability to bring internet connectivity quickly to most parts of the world to assist people in dire need. For example, Starlink has been deployed regularly to restore communications following natural disasters (*e.g.*, after Hurricanes Ian, Milton, and Helene; following earthquakes in Vanuatu, Ecuador, and Myanmar; supporting recovery efforts after the Maui and Los Angeles wildfires; and for first responders during the catastrophic flooding in Texas Hill Country) and during other crises (*e.g.*, during the prolonged blackout in 2025 in Spain and Portugal, and to provide internet service to the Ukrainian government and for humanitarian operations in Ukraine following Russia's invasion). To date, Starlink has provided connectivity to tens of thousands of people in disaster areas and over 17,000 Starlink terminals for disaster response and relief efforts. SpaceX has also offered free service to residential customers in areas impacted by Hurricanes Ian, Milton, and Helene and has temporarily provided satellite service directly to cell phones when terrestrial networks are out.

61. SpaceX's ability to rapidly establish internet connectivity in times of crisis or for unconnected, low-income communities is constrained by the existing constellation. To more quickly add capacity needed to scale connectivity and adequately address connectivity needs across the globe, SpaceX must build out the Starlink constellation with V3 Starlink satellites.

62. SpaceX also has contracts to provide Starlink services to U.S. Government entities. For instance, many National Parks now rely on Starlink to provide connectivity in otherwise

completely unconnected regions. The Department of Homeland Security uses Starlink at many remote border crossing stations and for various data backhaul requirements. The U.S. Navy and the Coast Guard are outfitting vessels that transit international waters globally with Starlink capabilities. The Navy has already demonstrated Starlink's ability to provide high-speed connectivity to the 5,000+ sailors aboard a deployed aircraft carrier for morale and welfare purposes. The Navy has ramped up its procurement of Starlink-derived capabilities since early 2023 and has outfitted an increasing number of vessels. In 2023, the U.S. Space Force awarded the Department of War-wide Proliferated Low Earth Orbit (PLEO) Commercial Satellite Communications contract, with SpaceX selected as one of the awardees. SpaceX currently has three separate active task orders under the PLEO contract and is providing Starlink-derived services to hundreds of mission partners across the Department of War. As SpaceX establishes more scalable Department of War commercial satellite communications contracts, the national defense community will increasingly benefit from the expansion of the Starlink constellation that Starship will provide.

63. The integrity of the Starlink constellation depends on SpaceX's launch operations, and the current generation of Starlink satellites—V3—can be deployed only using Starship. Any delay to increasing Starship's launch cadence will therefore significantly harm Starlink and its many individual and U.S. Government customers.

**iv. Starshield**

64. SpaceX also delivers, through its Starshield program, national security satellite capabilities. These services include Earth observation, communications, and hosted payloads for the Department of War and the intelligence community. Starshield is used daily by the Department of War and Intelligence Community for secure global communications and other national security capabilities. The ongoing development of technology to support these services requires Starship's

launch capacity and payload volume. Thus, a delay to Starship's test and launch schedules caused by the injunction will delay the development and deployment of upcoming national security satellite systems.

**v. Artificial Intelligence Data Centers**

65. SpaceX's Starship program is also critical to addressing the increasing and significant demand for data centers. SpaceX intends to deploy Orbital Artificial Intelligence (OAI) data centers to provide a solution to the accelerating need for computing power that does not rely on limited earth resources. SpaceX's OAI data centers will use solar energy in orbit, providing a near-constant and uninterrupted energy source and a solution to terrestrial energy, water, and land-use constraints.

66. Deployment of satellites carrying sufficient computing power will require rapid and frequent launches that can realistically be achieved only by Starship, given its fully reusable nature and unprecedented cargo capacity. Delaying increased capacity to test Starship and increase its launch cadence will therefore delay SpaceX's OAI program and impair its ability to address the growing need for alternative infrastructure to meet the energy demands of AI.

**vi. Harm to the Regional Economy**

67. SpaceX is the largest private employer in Brownsville and currently directly employs about 4,000 people at its Starbase facilities, about 85% of whom are Rio Grande Valley residents. Over the next year, SpaceX expects to double its local workforce. In addition, based on public reporting, SpaceX's operations support over 80 local suppliers and more than 20,000 jobs in the Rio Grande Valley.

68. SpaceX intends to hire additional employees and contractors to develop the land it receives from the Service that adjoins Massey's, including the expanded testing facility and service

road. Once the development is complete, SpaceX intends to hire additional full-time employees to support the increased testing and launch cadence enabled by the expanded test site. These hires will have positive spillover effects throughout the area and will lead to increased economic activity in and around Brownsville and Starbase. If the land exchange is enjoined, these economic benefits will be delayed at least until SpaceX develops alternative land it already owns for these purposes.

69. And, as explained above, enjoining the land exchange would increase fragmentation and overall effects on the Refuge by requiring SpaceX to develop other land it already owns, including land it intends to convey to the Service, instead of locating the expansion adjacent to the existing Massey's test infrastructure.

## VI. Conclusion

70. In sum, granting Plaintiffs' requested relief would substantially harm SpaceX, the Refuge, and the public.

71. An injunction would harm SpaceX by delaying its ability to increase the pace at which it can test and launch Starship. These delays would harm SpaceX's ability to perform its obligations under significant government and commercial contracts worth billions of dollars. The resulting harm to SpaceX, while difficult to precisely quantify, would be significant—easily running into the millions of dollars. Even revenue that is only deferred and not eliminated incurs a real (and unrecoverable) cost to SpaceX. Delaying the receipt of the anticipated billions in revenue from new Starlink satellites that are waiting to launch, from orbital data centers, and from new launch contracts would cost SpaceX hundreds of thousands per day simply in lost interest or investment opportunities. This delayed revenue will impair SpaceX's ability to pay its operational costs and fund ongoing investments—including further development of Starship and expansion of its global Starlink infrastructure—that are essential to SpaceX's plans to deploy next-generation

satellites, global satellite-to-mobile connectivity, and orbital AI. SpaceX competes in highly competitive markets. These delays will result in lost opportunities and market share that may not be recoverable, including lost opportunities to provide Starship launches to paying customers and to expand SpaceX's Starlink constellation and grow its customer base ahead of the competition.

72. An injunction would also harm the Refuge. The Service proposed the exchange so that SpaceX would consolidate its operations to the Starbase and Massey's areas instead of developing scattered parcels interspersed with Refuge lands. SpaceX has refrained from developing land it owns that the Service has identified as ecologically more valuable and that SpaceX otherwise would develop, in reliance on this exchange.

73. An injunction would also harm the public interest by obstructing SpaceX as it works to meet milestones that are important to the success of the government's Artemis mission and impairing SpaceX's ability to serve the HLS, Rocket Cargo Vanguard, NSSL, and Starshield programs. These key programs depend on SpaceX's ability to increase Starship testing and launch cadence. Additionally, Cameron County residents and the local Brownsville economy would be harmed because the injunction would require SpaceX to delay or reduce hiring until it is able to develop additional testing capacity and increase launch cadence.

74. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14TH day of August 2026, in Starbase, Texas.

______________________________

Justin Styer