# Exhibit A


Ad Astra
Boca Chica Blvd
4
Proposed Service Road
Rio Grande
SpaceX Masseys Test Site
Proposed Massey's Expansion
Rio Grande
UNITED STATES
MÉXICO
Rio Grande