**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SAVE RGV, THE CARRIZO/COMECRUDO NATION OF TEXAS, INC., and SOUTH TEXAS ENVIRONMENTAL JUSTICE NETWORK,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN NESVIK, in his official capacity, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants,<br><br>and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>Defendant-Intervenor. | Case No. 1:26-cv-0831<br>(Transferred from D.D.C. No. 1:26-cv-02053-JDB) |

**DECLARATION OF TYLER G. WELTI IN SUPPORT OF SPACE EXPLORATION TECHNOLOGIES CORP.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Tyler G. Welti, declare as follows:

1. I am a partner at Venable LLP and counsel for Defendant-Intervenor Space Exploration Technologies Corp. (SpaceX) in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify to them.

2. I submit this declaration in support of SpaceX's Opposition to Plaintiffs' Motion for Preliminary Injunction.

3. Attached as **Exhibit A** is a true and correct copy of the U.S. Fish & Wildlife Service's map showing the Lower Rio Grande Valley Refuge lands as shaded parcels. This map is available at https://www.fws.gov/refuge/lower-rio-grande-valley.

4. Attached as **Exhibit B** is a true and correct copy of Advisory Council on Historic Preservation, *Section 111 Leasing and Exchange Questions and Answers*. This document is available at https://www.achp.gov/digital-library-section-106-landing/section-111-leasing-and-exchange-questions-and-answers.

5. Attached as **Exhibit C** is a true and correct copy of Advisory Council on Historic Preservation, *Leveraging Federal Historic Buildings: Working Group Final Report* (2021). This document is available at https://www.achp.gov/sites/default/files/documents/2021-04/Leveraging Report_040221-Final.pdf.

6. Attached as **Exhibit D** is a true and correct copy of Notice of Adoption of Policy Statement on Housing and Historic Preservation, 89 Fed. Reg. 11,847 (Feb. 15, 2024). This document is available at https://www.govinfo.gov/content/pkg/FR-2024-02-15/pdf/2024-03164.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of August 2026, in San Francisco, California.

*/s/ Tyler G. Welti*
Tyler G. Welti