# Exhibit A


Nueva Ciudad
Guerrero
Raymondville
Lyford
Miguel Alemán
Rio Grande
City
Ciudad Camargo
Alton
Edinburg
Elsa
Gustavo Díaz
Ordaz
McAllen
Harlingen
Comales
Weslaco
San Benito
Reynosa
Los Fresnos
Port Isabel
Nuevo Progreso
Río Bravo
Cameron
Park
Ramírez
Matamoros