**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

CENTER FOR BIOLOGICAL DIVERSITY;
SAVE RGV;
THE CARRIZO/COMECRUDO NATION OF TEXAS, INC.; and
SOUTH TEXAS ENVIRONMENTAL JUSTICE NETWORK,

*Plaintiffs*,

v.

BRIAN NESVIK, in his official capacity as Director of the United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an agency within the United States Department of the Interior,

*Defendant*,

and

SPACE EXPLORATION TECHNOLOGIES CORP.,

*Defendant-Intervenor*.

**SUPPLEMENTAL DECLARATION OF JIM CHAPMAN**

I, Jim Chapman, declare as follows:

1. My name is Jim Chapman. I have personal knowledge of the matters asserted in this declaration and if called upon to testify would state the same. The information in this declaration is based on my personal experience and my review of publicly available information.

2. I previously gave a declaration in support of the Motion for Preliminary Injunction litigation challenging the U.S. Fish and Wildlife Service's ("Service") failure to

comply with the National Wildlife Refuge System Improvement Act (the "Refuge Act"), the National Environmental Policy Act (NEPA), and the National Historic Preservation Act (NHPA), regarding its decision to approve the exchange of lands in the Lower Rio Grande Valley National Wildlife Refuge (the "Refuge") and, within the Refuge, the Palmito Ranch Battlefield National Historic Landmark near Boca Chica, Texas.

3. I give this declaration to supplement my prior declaration and clarify certain matters contained therein.

4. The Service has granted me access to the Refuge on at least two prior occasions. These grants were provided in a letter from the then-Refuge manager and included authorization to access the areas of the Refuge that will be exchanged to SpaceX under the proposed exchange, in addition to the lomas north of Highway 4. Each of these letters lasted one year, with the most recent one expiring at the end of 2024.

5. In the past, the Service has circulated pamphlets to the public indicating which areas of the Refuge are open to the public. One such flyer specifically identified the Boca Chica area as being publicly accessible for recreation and hunting.

6. In my prior declaration, I described recent visits to Massey Road occurring in May and June 2026. I have made 6 visits to the Massey Way area since June 2025. During those visits, I saw Service signage posted off to the side of the roadway, parallel to the road, indicating that members of the public may not access Refuge lands from the road. For example, here are photos I took from Massey Road during my visit in May 2026: the first photo is from Massey Way looking west.




This is dense, almost impenetrable thornscrub, the best kind of ocelot habitat. There is none of this type of habitat that the Service would receive from SpaceX in the exchange. The second photo is also looking west from Massey Way:



It has been my understanding that Massey Way is accessible to the public. To the extent there is presently signage limiting access to the road itself, that signage was not there when I visited the area many times, including June 2026. In 5 of the 6 visits I was with one or more other people, who can confirm this observation.

7. In my prior declaration, I described an excursion on the Rio Grande Valley to observe Refuge lands, and I noted that I put in off Richardson Drive. To clarify, I accessed the River from a private landowner's property, with permission. I have definite plans to access the River again from this point and visit portions of the River that border the exchange area, including near the Massey Test Site. The birding along the forested edge of the river is excellent.

8. I have reviewed the document filed by SpaceX in response to the Motion for Preliminary Injunction that depicts its immediate plans for expansion within the exchange area. Dkt. 52-2, Ex. A. SpaceX plans construct a whole new test area east of the Massey Test Site and adjacent to the Rio Grande River once the Exchange goes through. It also plans to increase the frequency of rocket testing. These imminent plans will harm my aesthetic interest in observing and promoting the Refuge, observing wildlife within the Refuge, and generally recreating in the area.

9. Beyond harming my aesthetic interest in viewing the Refuge lands in a natural, undisturbed state, the noise and explosions resulting from testing at this new site—and more frequent tests more generally—will disrupt and scare off wildlife that I enjoy observing in this area. In addition, pollution and debris from the test sites will inevitably reach the River, causing further harm to my personal and recreational interests.

10. These harms would be an inevitable result of the Service's decision to approve the Exchange, and a ruling from a court stopping the exchange from going forward would redress them.

I hereby declare under penalty of perjury pursuant to the laws of the United States that the above is true and correct to the best of my knowledge.

Executed on this 26th day of _August_, 2026.

Jim Chapman