**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

CENTER FOR BIOLOGICAL DIVERSITY;
SAVE RGV;
THE CARRIZO/COMECRUDO NATION OF TEXAS, INC.; and
SOUTH TEXAS ENVIRONMENTAL JUSTICE NETWORK,

*Plaintiffs*,

v.

BRIAN NESVIK, in his official capacity as Director of the United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an agency within the United States Department of the Interior,

*Defendant*,

and

SPACE EXPLORATION TECHNOLOGIES CORP.,

*Defendant-Intervenor*.

**SUPPLEMENTAL DECLARATION OF MARY ANGELA BRANCH**

I, Mary Angela Branch, declare as follows:

1. My name is Mary Angela Branch. I have personal knowledge of the matters asserted in this declaration and if called upon to testify would state the same. The information in this declaration is based on my personal experience and my review of publicly available information.

2. I previously gave a declaration in support of the Motion for Preliminary Injunction litigation challenging the U.S. Fish and Wildlife Service's ("Service") failure to comply with the National Wildlife Refuge System Improvement Act (the "Refuge Act"), the National Environmental Policy Act (NEPA), and the National Historic Preservation Act (NHPA), regarding its decision to approve the exchange of lands in the Lower Rio Grande Valley National Wildlife Refuge (the "Refuge") and, within the Refuge, the Palmito Ranch Battlefield National Historic Landmark near Boca Chica, Texas.

3. I give this declaration to supplement my prior declaration and clarify certain matters contained therein.

4. I have been visiting the Refuge since I was a kid. Throughout that time, my understanding has been that areas proposed to be Exchanged with SpaceX are open to the public. The Service's website states that the Boca Chica portion of the Refuge is open year round, and it does not describe any access restrictions.

5. I visit the Refuge approximately six times per year. During each visit, I like to drive down Highway 4 and periodically stop along the side of the road to view wildlife in the Refuge. This includes lands proposed to be given to SpaceX in the exchange. I am concerned that SpaceX will develop those lands, which will diminish my enjoyment of them. It will also make it less likely that I will be able to observe wildlife on those lands and throughout the Boca Chica area, since the wildlife will be harmed and displaced by Space's expansion beyond its current inholdings. My understanding is SpaceX plans to develop the Exchange land for heavy industrial use.

6. I have also visited the Refuge via Massey Way on multiple occasions. Although I have seen signs indicating that areas of the Refuge beyond Massey Way are closed, namely at

the SpaceX gated test site, I have never observed a sign saying that the entrance to the road itself is closed to the public. My most recent visit was in May 2026, and no such sign was present at that time. To the extent there is presently a sign indicating the road is closed to the public, it must have been added after that visit. Massey Way was always open to the public for as long as I can remember.

7. Beyond harming my aesthetic interest in viewing the Refuge lands in a natural, undisturbed state, the noise and lights associated with construction of the Exchange parcel, and subsequently the explosions resulting from testing at this new site—and more frequent tests more generally—will disrupt and scare off wildlife that I enjoy observing in this area. In addition, pollution and other debris from the test sites will inevitably reach the River, causing further harm to my aesthetic and recreational interests.



A photo of a hawk I took from the side of the road.

8. My fears of further loss to the Refuge that will impact our cultural, ecological, recreational and sustainable enjoyment of our public land are real. SpaceX is a large industrial

operation, testing the largest rocket known to man and expanding at exponential speed. If this Exchange happens, it is inevitable that more habitat destruction will occur, and there will be more restrictions on accessing these areas of the Refuge that have historically been publicly accessible.

9. These harms would be an inevitable result of the Service's decision to approve the Exchange, and a ruling from a court stopping the exchange from going forward would redress them.

I hereby declare under penalty of perjury pursuant to the laws of the United States that the above is true and correct to the best of my knowledge.

Executed on this 28th day of August, 2026.



______________________________________

Mary Angela Branch