United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-831 |
| | § | |
| BRIAN NESVIK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court has reviewed Plaintiffs' Second Amended Complaint (Doc. 69) and Plaintiffs' Motion for Extension of Time to Respond to Federal Defendants' and SpaceX's Motions to Dismiss (Doc. 70).

In August 2026, Plaintiffs filed their Amended Complaint for Declaratory and Injunctive Relief (Doc. 48), also submitting Defendants' written consent. (*See* First Am. Compl., Doc. 48; Defendants' Consent, Doc. 48-1) By obtaining Defendants' written consent, Plaintiffs complied with the requirements of Federal Rule of Civil Procedure 15(a)(2).

On October 2, 2026, Defendants filed motions based on Federal Rule of Civil Procedure 12(b) and seeking dismissal of the claims within Plaintiffs' Amended Complaint. (Fed. Defs. Motion, Doc. 67; SpaceX Motion, Doc. 68) Fourteen days later, Plaintiffs filed their Second Amended Complaint. Federal Rule of Civil Procedure 15(a)(1) permits a plaintiff to amend its Complaint once as "a matter of course" within 21 days of a defendant's filing of a motion to dismiss under Federal Rule of Civil Procedure 12(b). Plaintiffs' filing of the Second Amended Complaint satisfied the requirements of Rule 15(a)(1).

The Second Amended Complaint includes new allegations that Plaintiffs claim address some of the issues that Defendants raise in their motions to dismiss. In light of the amended pleading, it is:

**ORDERED** that the Federal Defendants' Motion to Dismiss (Doc. 67) is **DENIED** without prejudice to refiling;

**ORDERED** that Space Exploration Technologies Corp.'s Motion to Dismiss (Doc. 68) is **DENIED** without prejudice to refiling;

**ORDERED** that by no later than November 10, 2026, the Federal Defendants and Defendant-Intervenor Space Exploration Technologies Corp. shall file an answer, motion, or responsive pleading to Plaintiffs' Second Amended Complaint; and

**ORDERED** that Plaintiffs' Motion for Extension of Time to Respond to Federal Defendants' and SpaceX's Motions to Dismiss (Doc. 70) is **DENIED** as moot.

Signed on October 20, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge